IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE RAE STANLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 15-cv-1040-JPG-CJP ) |
| CAROLYN W. COLVIN, | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Jamie Rae Stanley, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**DATED:  November 22, 2016**

                                                **JUSTINE FLANAGAN**
                                                **Acting Clerk of Court**

                                                **BY: s/Tina Gray,**
                                                          **Deputy Clerk**

**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**